part of the patentee. That is the distinction that needs to be drawn in regards to whether you're talking about the Foreign Commerce Clause or indeed if this were brought under an Interstate Commerce Clause challenge. And you do not need to, a patentee, a multinational patentee does not need to alter their business conduct in one of these high income countries in order to comply with this statute. That they choose to do so is a business decision that they make, but it's not a compelled business decision. Thank you Mr. Earle and thank both counsel for your helpful arguments. We appreciate the assistance. No, I wouldn't give my copy up for anything. All rise.